**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **THE STATE OF TEXAS,**<br>***Plaintiff,***<br><br>**v.**<br><br>**COMMUNITY CAPITAL PARTNERS LP, EPIC REAL PROPERTIES, INC., EAST PLANO ISLAMIC CENTER, IMRAN CHAUDHARY, NAVEED SIDDIQUI, and SARFRAZ AHMAD,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:26-cv-00029** |

---

**DEFENDANTS' ADVISORY REGARDING RESPONSIVE PLEADING**

---

On February 24, 2026, the Court issued an Order remanding this case to the 416th Judicial District Court, Collin County, Texas due to a lack of jurisdiction. Dkt. 23. Because the Court has determined that it lacks jurisdiction and has ordered remand pursuant to 28 U.S.C. § 1447(c), the Court is divested of authority to require a merits-based responsive pleading in this action. Accordingly, no answer or Rule 12 motion is required in this federal proceeding.

In view of the Court's February 5, 2026 Order allowing Defendants to submit a responsive pleading on or before February 25, 2026 [Dkt. 18], Defendants respectfully submit this advisory in lieu of such a pleading to clarify that the remand order has rendered that directive moot.

Respectfully submitted,

**ARAMBULA | TERRAZAS PLLC**

1001 S. Capital of Texas Hwy., L250
Austin, TX 78746
(512) 904-0200

*/s/ Eric A. Hudson*
Eric A. Hudson

State Bar No. 24059977
ehudson@atlawpllc.com
Benjamin L. Dower
State Bar No. 24082931
bdower@atlawpllc.com
Jennifer A. Foster
State Bar No. 24104938
jfoster@atlawpllc.com
Seth A. Montandon
State Bar No. 24137059
smontandon@atlawpllc.com

**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all attorneys of record, via e-service, on this 25th day of February, 2026.

*/s/ Benjamin L. Dower*
Benjamin L. Dower